No. 85–1898. WAGNER ET AL. *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 85–1899. DAVID *v.* DEFENSE LOGISTICS AGENCY. C. A. Fed. Cir. Certiorari denied.

No. 85–1900. EAKES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1917. BILLS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–1919. PARNESS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1920. BATSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5901. CLIFTON *v.* MCCARTHY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 85–6418. ISSA *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 85–6535. WILSON ET AL. *v.* HUDSON COUNTY PROSECUTORS OFFICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6550. OWENS *v.* LOPEZ, REGIONAL COMMISSIONER, UNITED STATES PAROLE COMMISSION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6581. SOHAPPY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6595. METZGER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6602. GARY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6616. FERNANDEZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6626. GATES *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.